IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWN COREY CARTER, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) )   CIV. ACT. NO. 1:25-cv-86-TFM-MU |
| ANTHONY BUZBEE, *et al.*, | ) ) ) |
|     Defendants. | ) |

### ORDER

Pending before the Court is *Motion for Leave to File Defendant Jane Doe's Real Name Under Seal and for Summons Under Seal* (Doc. 6, filed 3/11/25). On March 3, 2025, Plaintiff initiated this lawsuit with the filing of his complaint and a motion for leave to proceed using a pseudonym for one defendant. *See* Docs. 1, 2. On March 10, 2025, after an initial jurisdictional review and a review of the motion, the Court determined that it was appropriate to proceed – for the time being – with the pseudonym for Jane Doe while withholding a full ruling on the motion pending the appearance of all parties. *See* Doc. 4. As such, the Court directed the issuance of the summons for Jane Doe – the very summons that Plaintiff had provided. Now, Plaintiff asserts that the summons issued for Jane Doe may not be sufficient to satisfy Fed. R. Civ. P. 4.

The Court again notes that it used the exact summons provided by Plaintiff to the Clerk of Court – which identified Jane Doe and did not provide an address. *See* Doc. 1-5. While the Court had some initial concerns regarding whether the summons would satisfy service, an initial cursory review indicated that the Complaint was specific enough that the fictitious identity was clearly identifiable to the parties and that there would likely be no prejudice given that the individual and the co-defendants clearly know the identity of Jane Doe. Put simply, the Court (and Clerk of

Court) issued the very summons proposed and provided by the Plaintiff.

All that said, the course of action proposed in the most recent motion is clearly a more secure path. Therefore, for good cause shown, the motion (Doc. 6) is **GRANTED**. Plaintiff shall file under seal a document identifying Jane Doe and include a complete summons (also under seal) relating to Jane Doe in accordance with Plaintiff's motion. In addition, the Clerk of Court shall provide the summons back to Plaintiff's counsel directly and to docket the issued summons under seal. Once Defendant Jane Doe has been served, the proof of service shall be filed under seal.

**DONE** and **ORDERED** this 11th day of March, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE