UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| SHAWN COREY CARTER, | |
| Plaintiff, | Case No. 1:25-cv-00086-TFM-MU |
| v. | |
| ANTHONY BUZBEE, et al., | |
| Defendants. | |

## NOTICE OF WRITTEN CONSENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)

Plaintiff Shawn Corey Carter provides notice that on April 25, 2025, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants Anthony Buzbee, David Fortney, Anthony Buzbee LP, and Jane Doe provided written consent for Mr. Carter to amend the operative complaint in this matter by May 5, 2025. Nothing herein will prevent Defendants from filing an answer or motion under Federal Rule of Civil Procedure 12(b) to an amended complaint.

Date: April 25, 2025

Respectfully submitted,

/s/ William G. Somerville
WILLIAM G. SOMERVILLE
W. PATTON HAHN
JADE E. SIPES
Attorneys for Plaintiff

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203-5202
Telephone: (205) 244-3821
wsomerville@bakerdonelson.com
phahn@bakerdonelson.com
jsipes@bakerdonelon.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2025, the foregoing has been served upon all counsel of record via this Court's electronic filing system:

/s/ William G. Somerville  
OF COUNSEL
