IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWN COREY CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:25-cv-86-TFM-MU |
| | ) |
| ANTHONY BUZBEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Pending before the Court are two motions to dismiss under Rule 12(b) (Docs. 43, 44, filed 6/4/25). Plaintiff is **ORDERED** to show cause on or before **June 27, 2025** why the motions should not be granted. Defendants have until **July 8, 2025** to file any reply they wish to file. The motion shall be taken under submission on that date for determination without oral argument unless the Court later determines oral argument is necessary.

All parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned should they exceed fifty (50) pages (including exhibits). The courtesy copies shall be delivered within 5 days of their electronic filing.

In light of the pending motions to dismiss filed pursuant to Fed. R. Civ. P. 12(b), the Court suspends the requirement to confer under Fed. R. Civ. P. 26(f)(1). Additionally, in accordance with Fed. R. Civ. P. 16(b)(2), the Court finds good cause for the delay of the entry of a scheduling order. Should the motions to dismiss be successful, then the parties (particularly defendants) would not need to go through the time and expense of discovery. If the motions to dismiss are

denied, then the Court will issue its preliminary scheduling order which will trigger the requirement for the parties to meet and confer.

**DONE** and **ORDERED** this 6th day of June 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE