IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHAWN COREY CARTER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | |
| | § | 1:25-cv-00086-TFM-MU |
| **ANTHONY BUZBEE, DAVID FORTNEY,** | § | |
| **ANTHONY G. BUZBEE LP (d/b/a THE** | § | |
| **BUZBEE LAW FIRM) and JANE DOE,** | § | |
| | § | |
| **Defendants** | § | |
| | § | |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John R. Cox is no longer an attorney of record for Defendants Antigone Curis and Curis Law, PLLC in the above-referenced matter.

Respectfully submitted,

JRC Legal

s/ *John R. Cox*
JOHN R. COX (COX030)
30941 Mill Lane
Suite G-334
john@jrclegal.net
(251) 605-6121

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I served a copy of the foregoing upon all counsel of record via this Court's CM/ECF System.

s/ *John R. Cox*
JOHN R. COX