UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| SHAWN COREY CARTER, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY BUZBEE, et al., <br><br> Defendants. | Case No. 1:25-cv-00086-TFM-MU <br><br> *Unopposed* |

**SUPPLEMENT TO PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiff Shawn Corey Carter ("Mr. Carter") supplements his Unopposed Motion for Leave to Exceed Page Limits (Doc. 61), which is incorporated herein by reference, as follows:

1. Mr. Carter would like up to seventy (70) pages to respond to the Motion to Dismiss filed by Defendants Anthony G. Buzbee LP, Anthony Buzbee, and David Fortney (the "Buzbee Defendants") (Doc. 43). The Buzbee Defendants do not oppose this request but would request a page limit of thirty (30) pages for their reply brief; Mr. Carter does not oppose this request.

2. Mr. Carter would like up to forty-five (45) pages to respond to the Motion to Dismiss filed by Defendant Jane Doe (Doc. 44). Doe does not oppose this request but would request a page limit of thirty (30) pages for her reply brief; Mr. Carter does not oppose this request.

3. The Curis Defendants would like up to thirty (30) pages for their reply brief. Mr. Carter does not oppose this request.

Date: July 22, 2025                                    Respectfully submitted,

/s/ W. Patton Hahn
W. PATTON HAHN
WILLIAM G. SOMERVILLE
JADE E. SIPES
Attorneys for Plaintiff

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203-5202
Telephone: (205) 244-3821
wsomerville@bakerdonelson.com
phahn@bakerdonelson.com
jsipes@bakerdonelon.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, the foregoing has been served upon the following defendants via the Court's electronic filing system as follows:

Matthew Ryan Jackson
11 N. Water St., Suite 23200
Mobile, AL 36602
251-433-3234
matt.jackson@arlaw.com

J. Blair Newman, Jr.
11 N. Water St., Suite 13290
Mobile, AL 36602
251-433-3234
bnewman@mcdowellknight.com

Caroline T. Pryor
Thomas Oliver II
Alexander Townsley
Dennis Oscar Vann
Carr Allison
6251 Monroe Street, Suite 200
Daphne, AL 36526
cpryor@carrallison.com

/s/ *W. Patton Hahn*
OF COUNSEL