UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWN COREY CARTER,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY BUZBEE, DAVID FORTNEY, ANTHONY G. BUZBEE LP (d/b/a THE BUZBEE LAW FIRM), ANTIGONE CURIS, CURIS LAW, PLLC and JANE DOE,<br><br>   Defendants. | Case No. 1:25-CV-00086-TFM-MU |

**DECLARATION OF W. PATTON HAHN IN SUPPORT OF PLAINTIFF SHAWN COREY CARTER'S SUR-REPLY TO THE BUZBEE DEFENDANTS' <u>MOTION TO DISMISS</u>**

I, W. Patton Hahn, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am a shareholder in the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, counsel to Plaintiff Shawn Corey Carter. I make this Declaration in support of Mr. Carter's sur-reply to Defendants Anthony Buzbee, David Fortney, Anthony G. Buzbee LP (d/b/a The Buzbee Law Firm) motions to dismiss (ECF Nos. 43-44, 71). I have personal knowledge of the facts set forth in this Declaration.

2. A true and correct copy of Mr. Carter's Notice of Appeal, dated July 1, 2025, filed in *Carter v. The Buzbee Law Firm, et al.*, No. 24SMCV05637 (Cal. Super., L.A. Cty.) is annexed to this Declaration as **<u>Exhibit 1</u>**.

3. A true and correct copy of the Docket Report, dated August 20, 2025, in *Carter v. The Buzbee Law Firm, et al.*, No. 24SMCV05637 (Cal. Super., L.A. Cty.), is annexed to this Declaration as **<u>Exhibit 2</u>**.

4. A true and correct copy of the Docket Report, dated August 20, 2025, in *Carter v. The Buzbee Law Firm, et al.*, No. B34798, is annexed to this Declaration as **Exhibit 3**.

Dated: August 20, 2025
       Birmingham, Alabama

By: */s/ W. Patton Hahn*<br>W. Patton Hahn

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 20, 2025, the foregoing has been served upon the following defendants via the Court's electronic filing system as follows:

Matthew Ryan Jackson
11 N. Water St., Suite 23200
Mobile, AL 36602
251-433-3234
matt.jackson@arlaw.com

J. Blair Newman, Jr.
11 N. Water St., Suite 13290
Mobile, AL 36602
251-433-3234
bnewman@mcdowellknight.com

Caroline T. Pryor
Thomas Oliver II
Alexander Townsley
Dennis Oscar Vann
Carr Allison
6251 Monroe Street, Suite 200
Daphne, AL 36526
cpryor@carrallison.com

                                              /s/ *W. Patton Hahn*
                                              OF COUNSEL