IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| SHAWN COREY CARTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. 1:25-cv-000086-TFM-MU |
| | * | |
| ANTHONY BUZBEE, DAVID FORTNEY, ANTHONY G. BUZBEE, LP (d/b/a THE BUZBEE LAW FIRM), ANTIGONE CURIS, CURIS LAW, PLLC, and JANE DOE, | * * * * * * | |
| | * | |
| Defendants. | * | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO COURT'S AUGUST 7, 2025 ORDER**

Comes now Defendant Jane Doe ("Doe") and moves for a two-week extension of time for all parties to respond to the Court's August 7, 2025 Order (Doc. 69) regarding the issue of whether Doe should be permitted to continue proceeding anonymously in this case. In support of this Motion, Doe states as follows:

1. Undersigned counsel needs to speak with one of Doe's medical providers regarding matters relevant to the issue but has not yet been able to do so because of the provider's busy schedule.

2. Doe's co-defendants are her attorneys or former attorneys, and they intend to support her right to continue using a pseudonym in this case. They are likely to adopt at least some arguments made by Doe.

3. Plaintiff is also subject to the Court's August 7, 2025 Order.

4. Therefore, the extension should apply to all of the parties.

1

5. This request for an extension is not opposed by any of the parties.

WHEREFORE, Doe respectfully requests a two-week extension of time for all of the parties to respond to the Court's August 7, 2025 Order, which would make their filings due on September 5, 2025.

Respectfully submitted,

*/s/ J. Blair Newman, Jr.*
J. BLAIR NEWMAN, JR. (NEWMJ8590)
bnewman@mcdowellknight.com

OF COUNSEL:
MCDOWELL KNIGHT ROEDDER
 & SLEDGE, LLC
11 North Water St., Ste. 13290
Mobile, Alabama  36602
(251) 432-5300
(251) 432-5303 (fax)
Attorneys for Jane Doe

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2025, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                */s/J. Blair Newman, Jr.*
                                COUNSEL