IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| SHAWN COREY CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:25-CV-00086 |
| ) | |
| ANTHONY BUZBEE, DAVID ) | |
| FORTNEY, ANTHONY G. BUZBEE ) | |
| LP (d/b/a THE BUZBEE LAW ) | |
| FIRM), ANTIGONE CURIS, CURIS ) | |
| LAW, PLLC and JANE DOE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO WITHDRAW

COME NOW, Alexander J. Townsley of the law firm CARR ALLISON, and hereby moves this Honorable Court to withdraw from this case as counsel for Defendants, Antigone Curis and Curis Law, PLLC. Defendants, Antigone Curis and Curis Law, PLLC, will continue to be represented by Thomas L. Oliver, II; Dennis O. Vann, Jr.; and Caroline T. Pryor.

Respectfully submitted,

*/s/ Alexander J. Townsley* _____
ALEXANDER J. TOWNSLEY (ASB-4521-K42O)
*Attorneys for Antione Curis and Curis Law, PLLC*

#7813490.1

Thomas L. Oliver, II
Dennis O. Vann, Jr.
CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
E-mail: toliver@carrallison.com
dvann@carrallison.com

Caroline T. Pryor
Alexander J. Townsley
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, AL 36526
Telephone: (251) 626-9340
Facsimile: (251) 626-8928
E-mail: cpryor@carrallison.com
atownsley@carrallison.com

#7813490.1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 26th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed those non CM/ECF participants:

William G. Somerville
W. Patton Hahn
Jade E. Sipes
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama  35226
(205) 328-0480
wsomerville@bakerdonelson.com
phahn@bakerdonelson.com
jsipes@bakerdonelson.com
*Attorneys for Plaintiff Shawn Corey Carter*

Norman M. Stockman
Hand Arendall Harrison Sale LLC
P.O. Box 123
Mobile, AL 36601
(251) 694-6352
nstockman@handfirm.com
*Attorney for Plaintiff Shawn Corey Carter*

Matthew R. Jackson
Aaron G. McLeod
ADAMS AND REESE, LLP
11 N. Water Street, Suite 23200
Mobile, AL 36602
(251) 433-3234
matt.jackson@arlaw.com
aaron.mcleod@arlaw.com
*Attorneys for Anthony Buzbee, David Forney, Anthony G. Buzbee, LP (d/b/a The Buzbee Law Firm)*

John R. Cox
30941 Mill Lane, Suite G-334
Spanish Fort, AL 36527
(251) 605-6121
john@jrclegal.net
*Attorney for Antigone Curis and Curis Law, PLLC*

J. Blair Newman, Jr.
McDOWELL KNIGHT ROEDDER & SLEDGE, LLC
11 North Water Street, Suite 13290
Mobile, AL 36602
(251) 432-5300
bnewman@mcdowellknight.com
*Attorney for Jane Doe*

                                        */s/ Alexander J. Townsley*
                                        OF COUNSEL

#7813490.1