# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### MOBILE DIVISION

|  |  |
|---|---|
| SHAWN COREY CARTER,<br><br>Plaintiff,<br><br><br>v.<br><br>ANTHONY BUZBEE, et al.,<br><br>Defendants. | Case No. 1:25-cv-00086-TFM-MU |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

In accordance with Civil Local Rule 7(f)(3), Plaintiff Shawn Corey Carter ("Mr. Carter") provides the following supplemental authority in support of his Brief on Issue of Proceeding Under Pseudonym (Doc. 82), and his opposition to Defendant Jane Doe's Motion for Leave to Proceed Using a Pseudonym and in response to Defendants' briefing in support of Jane Doe's Motion (Doc. 83).[1]

Just yesterday, on March 17, 2026, the Second Circuit entered an Order in which it affirmed three district courts that had found that accusers of Mr. Sean Combs (represented by Defendants Antigone Curis and Curis Law, PLLC) had failed to meet their burden to proceed under pseudonym. *See Doe v. Combs et al.*, Nos. 25-986, 25-991, 25-1021 (2d Cir. Mar. 17, 2026) (summary order) (**Exhibit A**); *Doe v. Combs et al.*, Case No. 1:24-cv-09852 (S.D.N.Y. Mar. 27, 2025) (**Exhibit B**); *Doe v. Combs et al.*, Case No. 1:24-cv-07778 (S.D.N.Y. Mar. 27, 2025)

---

[1] On September 5, 2025, Jane Doe filed a motion to proceed using a pseudonym (Doc. 80). That same day, Mr. Carter filed a brief on the issue, emphasizing that the burden to proceed under pseudonym was Jane Doe's (Doc. 82). Defendants Anthony G. Buzbee LP, Anthony Buzbee, and David Fortney filed briefs in support of Jane Doe's Motion (Doc. 81). Mr. Carter filed an Omnibus Opposition to Doe's Motion (Doc. 83).

2

(**Exhibit C**); *Doe v. Combs, et al.*, Case No. 1:24-cv-07776 (S.D.N.Y. Apr. 9, 2025) (**Exhibit D**).

The Second Circuit affirmed the district courts' findings that those plaintiffs (like Jane Doe here)

failed to show a risk of harm from proceeding publicly, and the defendants (like Mr. Carter here)

would be highly prejudiced because of likely asymmetries in fact gathering if such plaintiffs were

allowed to maintain their anonymity. (Ex. A at *4–6.)

Mr. Carter thus submits this supplemental authority for the Court's consideration. Mr.

Carter respectfully submits that the Second Circuit's analysis further supports Mr. Carter's position

that Jane Doe has failed to meet her burden to prove an entitlement to anonymity.

Date: March 18, 2026                            Respectfully submitted,

                                                /s/ W. Patton Hahn
                                                WILLIAM G. SOMERVILLE
                                                W. PATTON HAHN
                                                JADE E. SIPES
                                                Attorneys for Plaintiff

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203-5202
Telephone: (205) 244-3821
wsomerville@bakerdonelson.com
phahn@bakerdonelson.com
jsipes@bakerdonelon.com

2

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on March 18, 2026, the foregoing has been served upon the following defendants via the Court's electronic filing system as follows:

  Matthew Ryan Jackson, Esq.
  11 N. Water St., Suite 23200
  Mobile, AL 36602
  251-433-3234
  matt.jackson@arlaw.com

  J. Blair Newman, Jr., Esq.
  11 N. Water St., Suite 13290
  Mobile, AL 36602
  251-433-3234
  bnewman@mcdowellknight.com

  Caroline T. Pryor, Esq.
  Thomas Oliver II, Esq.
  Alexander Townsley, Esq.
  Dennis Oscar Vann, Esq.
  Carr Allison
  6251 Monroe Street, Suite 200
  Daphne, AL 36526
  cpryor@carrallison.com

       /s/ W. Patton Hahn
       OF COUNSEL

3